FILED
November 26, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　)  Case No. CR. S-07-0515 WBS
　　　　　Plaintiff,　　　　　　)
v.　　　　　　　　　　　　　　　)  ORDER FOR RELEASE OF
　　　　　　　　　　　　　　　　)  PERSON IN CUSTODY
ALEX HERNANDEZ,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　)

TO:　　UNITED STATES MARSHAL:

　　　This is to authorize and direct you to release  ALEX HERNANDEZ , Case No.  CR. S-07-0515 WBS , Charge  Title 21 USC §§ 846; 841 (a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__　Release on Personal Recognizance

　　　X　Bail Posted in the Sum of $ 220,000 (secured by real property)

　　　　　__　Unsecured Appearance Bond

　　　　　__　Appearance Bond with 10% Deposit

　　　　　__　Appearance Bond with Surety

　　　　　__　Corporate Surety Bail Bond

　　　X　(Other)　　with pretrial supervision and conditions of release as stated on the record.

　　　This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

　　　Issued at  Sacramento, CA  on  November 26, 2007  at  10:20 a.m.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge