**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Alex Hernandez

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-07-515 |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | ORDER |
| ALEX HERNANDEZ | |
| Defendant | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the condition of release prohibiting contact with other defendants in this matter may be modified for the reasons that follow:

   Defendant Alex Hernandez and defendant Jaime Jimenez are cousins. Together they have a mutual uncle, Martin Miranda, with whom both are very close. In fact, the entire family is very close.

Pursuant to his conditions of release, defendant Hernandez lives with Martin Miranda. Martin Miranda, Jaime Jimenez and Alex Hernandez attend family functions together.

These circumstances have been brought to the attention of Pre-trial Service Officer Becky Fiddleman and she has no objection to a modification of defendant Alex Hernandez' conditions of release that permit him to associate with defendant Jaime Jimenez.

For the above stated reasons it is stipulated and agreed that defendants Alex Hernandez and Jaime Jimenez may associate and have contact with each other.

**IT IS SO STIPULATED**

/S/ MICHAEL BECKWITH                              Dated: May 15, 2008
Michael Beckwith Esq.,
Assistant United States Attorney
Attorney for Plaintiff




/S/Michael B. Bigelow                             Dated: May 15, 2008
       Michael B. Bigelow
Attorney for Defendant

**ORDER**

**IT IS ORDERED** that pursuant to stipulation and for good cause shown the conditions of release for defendants Alexander Hernandez and Jaime Jimenez shall be modified to permit their association and contact with each other.

Dated: 5/19/08

/s/ Gregory G. Hollows
Hon. Gregory G. Hollows
Judge, U.S. Magistrate Judge

Hernandez.ord