**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Alex Hernandez

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-07-515 |
| ) | |
| Plaintiff, ) | WAIVER OF PERSONAL APPEARANCE |
| ) | and ORDER (~~Proposed~~) |
| vs. ) | |
| ) | |
| ALEX HERNANDEZ ) | |
| ) | |
| Defendant ) | |

Pursuant to Federal Rules of Criminal Procedure, Rule 43(c)(3), defendant, ALEX HERNANDEZ hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial confirmation, trial, impanelment of jury and imposition of sentence.

Defendant ALEX HERNANDEZ, hereby requests the court to proceed during every absence of him which the court may permit

-1-

pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant ALEX HERNANDEZ were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant ALEX HERNANDEZ further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 of the Speedy Trial Act, and authorized his attorney to set times and delays und the Act without defendant ALEX HERNANDEZ being present and agrees to waive any and all time under both the Sixth Amendment to the Constitution and the Speedy Trial Act regarding his rights to a speedy public jury trial.

DATED May 18, 2008      /S/ Alexander Hernandez
                        Original on File in Attorney's Office
                        4535 Silverton Way
                        Sacramento, CA 95838

**ORDER**

**IT IS SO ORDERED**

DATED: May 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-