**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Alex Hernandez

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr.S-07-515 |
| | ) | |
| Plaintiff, | ) | ORDER EXONERATING SECURED BOND |
| | ) | AND RECONVEYING REAL PROPERTY |
| vs. | ) | |
| | ) | |
| ALEX HERNANDEZ | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

    The above-captioned matter came before the Court on December 11, 2008 for modification of conditions of release.

    Following hearing, and good cause shown, the bond in this matter previously posted on November 16, 2007 in the sum of $220,000, secured by real property belonging to Guadalupe L.

1  Miranda at 1655 Mission Street #731 is hereby exonerated, and
2  said real property is to be re-conveyed to Mr. Miranda.

   **SO ORDERED**

   DATED: December 18, 2008

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE