DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Alex Hernandez**


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>         Plaintiff,                 )<br>                                    )<br>v.                                  )<br>                                    )<br>ALEX HERNANDEZ,                     )<br>                                    )<br>         Defendant.                 )<br>_____) | Case No. CR S-07-515-3 WBS<br><br>**STIPULATION RE-SCHEDULING SENTENCING HEARING AND AMENDING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILINGS OF OBJECTIONS TO THE PRE-SENTENCE REPORT AND [PROPOSED] ORDER THEREON** |

 Defendant Alex Hernandez, through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, Michael M. Beckwith, Esq., after due consultation with Senior United States Probation Officer Thomas H. Brown, jointly request an extension of time for the sentencing hearing in this matter and jointly request the following revised disclosure schedule for sentencing filings in this case:

 1. The parties stipulate and agree that the sentencing hearing in this case should be continued from August 23, 2010 at 8:30 a.m. to October 18, 2010 at 8:30 a.m.

1

2. The parties further stipulate and agree that the sentencing filings in this case are to be made and due as follows:

    a. Reply or Statement due on October 11, 2010.

    b. Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than October 4, 2010.

    c. The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than September 27, 2010.

    d. Counsel's written informal objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than September 20, 2010.

    e. The Proposed Pre-Sentence Report shall be disclosed to counsel no later than September 7, 2010.

**IT IS SO STIPULATED.**

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: June 11, 2010        By:  /s/ Michael M. Beckwith
                                            MICHAEL M. BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

DATED: June 11, 2010        By:  /s/ David J. Cohen
                                            DAVID J. COHEN
                                            Attorney for Defendant
                                            ALEX HERNANDEZ

**IT IS SO ORDERED.**

DATED: June 15, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE