DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Facsimile: (415) 398-7500

Attorneys for Defendant **Alex Hernandez**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR S-07-515-WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION RE-SCHEDULING** |
| | ) | **SENTENCING HEARING AND** |
| v. | ) | **AMENDING SCHEDULE FOR** |
| | ) | **DISCLOSURE OF PRE-SENTENCE** |
| ALEX HERNANDEZ, | ) | **REPORT AND FOR FILINGS OF** |
| | ) | **OBJECTIONS TO THE PRE-SENTENCE** |
| Defendant. | ) | **REPORT AND ORDER THEREON** |
| | ) | |

     Defendant Alex Hernandez, through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, Michael M. Beckwith, Esq., after due consultation with Senior United States Probation Officer Thomas H. Brown, jointly request an extension of time for the sentencing hearing in this matter and jointly request the following revised disclosure schedule for sentencing filings in this case:

     1.     The parties stipulate and agree that the sentencing hearing in this case should be continued from October 18, 2010 at 8:30 a.m. to January 10, 2011 at 8:30 a.m.

     2.     The parties further stipulate and agree that the sentencing filings in this case are

to be made and due as follows:

    a.    Reply or Statement due on January 3, 2011.

    b.    Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than December 27, 2010.

    c.    The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than December 20, 2010.

    d.    Counsel's written informal objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than December 13, 2010.

    e.    The Proposed Pre-Sentence Report shall be disclosed to counsel no later than November 29, 2010.

**IT IS SO STIPULATED.**

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: August 25, 2010        By:    /s/ Michael M. Beckwith
                                                  MICHAEL M. BECKWITH
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

DATED: August 25, 2010        By:    /s/ David J. Cohen
                                                  DAVID J. COHEN
                                                  Attorney for Defendant
                                                  ALEX HERNANDEZ

**IT IS SO ORDERED.**

DATED: September 14, 2010

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE