DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Alex Hernandez**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ALEX HERNANDEZ, )<br>)<br>       Defendant. )<br>_____)<br>) | CR S CR 07-515-03 WBS<br><br><br><br>**STIPULATION RE-SCHEDULING**<br>**SENTENCING HEARING AND**<br>**[PROPOSED] ORDER THEREON** |

    Defendant Alex Hernandez, by and through his attorney of record, David J. Cohen, Esq., and Assistant United States Attorney, Michael M. Beckwith, Esq., after due consultation with Senior United States Probation Officer Thomas H. Brown, jointly request an extension of time for the sentencing hearing in this matter.

    The parties stipulate and agree that the sentencing hearing in this case should be continued from July 11, 2011 at 8:30 a.m. to September 26, 2011 at **8:30 a.m.**

1

The reason for this stipulation is as follows:

1.   Mr. Cohen is currently engaged in a four week trial in People v. Dhir, Case No. SC069905A, in the Superior Court for the County of San Mateo.  Dhir is a serious 14 count sexual molestation case in which the defendant's exposure is a potential 44-years.

After the conclusion of the trial, the parties and the probation officer have proposed a date at which all are mutually available.

**IT IS SO STIPULATED.**

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: July 8, 2011          By:   /s/ Michael M. Beckwith
                                            MICHAEL M. BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

DATED: July 8, 2011          By:   /s/ David J. Cohen
                                            DAVID J. COHEN
                                            Attorneys for Defendant
                                            ALEX HERNANDEZ

**IT IS SO ORDERED.**

Dated: July 8, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE