1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **BAY AREA CRIMINAL LAWYERS, PC**
   300 Montgomery Street, Suite 660
3  San Francisco, CA 94104
   Telephone:  (415) 398-3900
4
5  Attorneys for Defendant **Alex Hernandez**

6

7                  UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,   )   CR S CR 07-515-03-WBS
10                             )
              Plaintiff,        )
11                             )
   v.                          )   **STIPULATION     RE-SCHEDULING**
12                             )   **SENTENCING     HEARING     AND**
                               )   **[PROPOSED] ORDER THEREON**
13 ALEX HERNANDEZ,             )
                               )
14            Defendant.        )
                               )
15 ─────────────────────────    )
                               )
16

17      Defendant Alex Hernandez, by and through his attorney of

18 record, David J. Cohen, Esq., and Assistant United States

19 Attorney, Michael M. Beckwith, Esq., after due consultation with

20 Senior United States Probation Officer Thomas H. Brown, jointly

21 request an extension of time for the sentencing hearing in this

22 matter.

23      The parties stipulate and agree that the sentencing hearing

24 in this case should be continued from September 26, 2011 at 8:30

25 a.m. to December 12, 2011 at **9:30 a.m.**

26

27

28                               1

1       The reason for this stipulation is as follows:

2       1.   Mr. Cohen has been in trial since August 22, 2011 in

3  the case of *People v. Henaghan* (Case No. SC067648) in the county

4  of San Mateo.   The defendant in that case was facing a life

5  sentence.   That case concluded on September 19, 2011 – the same

6  day that the sentencing memorandum in this case was due.   Because

7  of the serious nature and lengthy proceedings related to Mr.

8  Henaghan's trial, Mr. Cohen has been unable to devote time to

9  preparing the sentencing memorandum in this case.

10

11      2.   Mr. Cohen's associate, Jason T. Campbell, Esq.,

12 contacted the Court and spoke with Ms. Kirksey-Smith who

13 explained that the Court had no dates available for sentencing

14 between October 3, 2011 and December 12, 2011.   Mr. Campbell

15 consulted with Mr. Beckwith and both agreed that, given the

16 limited dates available, December 12, 2011 would be more

17 convenient.

18

19      3.   On September 21, 2011, Mr. Campbell contacted Senior

20 United States Probation Officer Thomas H. Brown.   Officer Brown

21 indicated that he had no objection to this request.

22      **IT IS SO STIPULATED.**

                                    BENJAMIN B. WAGNER
23                                  United States Attorney

24 DATED: September 22, 2011        By:/s/Michael M. Beckwith
                                    MICHAEL M. BECKWITH
25                                  Assistant U.S. Attorney

26                                  Attorneys for Plaintiff

27

28                                  2

1

DATED: September 22, 2011          By:/s/David J. Cohen

2                                         DAVID J. COHEN

3                                         Attorneys for Defendant
                                          ALEX HERNANDEZ
4

5

         **IT IS SO ORDERED.**
6

7

DATED:   September 22, 2011
8

9        WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       3