1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **BAY AREA CRIMINAL LAWYERS, PC**
3  300 Montgomery Street, Suite 660
   San Francisco, CA 94104
4  Telephone:  (415) 398-3900

5  Attorneys for Defendant **Alex Hernandez**

6
                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,   )   CR S CR 07-515-WBS
                               )
10          Plaintiff,         )
                               )
11 v.                          )   **STIPULATION   RE-SCHEDULING**
                               )   **SENTENCING   HEARING   AND**
12                             )   **[**~~PROPOSED~~**] ORDER THEREON**
   ALEX HERNANDEZ,             )
13                             )
            Defendant.         )
14                             )
                               )
15                             )

16
         Defendant Alex Hernandez, by and through his attorney of
17
   record, David J. Cohen, Esq., and Assistant United States
18
   Attorney, Michael M. Beckwith, Esq., after due consultation with
19
   Supervising United States Probation Officer Hugo Ortiz, jointly
20
   request an extension of time for the sentencing hearing in this
21
22 matter.

23       The parties stipulate and agree that the sentencing hearing
24 in this case should be continued from December 12, 2011 at 9:30
25 a.m. to  **February 21, 2012 at 9:30 a.m.**
26
27
28                                  1

The reason for this stipulation is as follows:

1. Mr. Hernandez has a serious apnea condition for which he is obtaining treatment and receiving a treatment machine so that he can be healthy and avoid potentially very serious health threatening conditions while incarcerated. His next appointment is on January 19, 2012 in order to complete his treatment.

2. Three of the other defendants in this matter are scheduled to be sentenced, respectfully, on January 9, 2012, January 23, 2012, and January 30, 2012.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER
United States Attorney

DATED: December 8, 2011          By: /s/Michael M. Beckwith
                                     MICHAEL M. BECKWITH
                                     Assistant U.S. Attorney

                                     Attorneys for Plaintiff

DATED: December 8, 2011          By: /s/David J. Cohen
                                     DAVID J. COHEN

                                     Attorneys for Defendant
                                     ALEX HERNANDEZ

**IT IS SO ORDERED.**

DATED: December 9, 2011

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2