DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Alex Hernandez**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ALEX HERNANDEZ,<br><br>              Defendant. | CR S CR 07-515-03 WBS<br><br>**STIPULATION TO CONTINUE SELF-SURRENDER DATE OF MR. HERNANDEZ AND [~~PROPOSED~~] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that the surrender date for Alex Hernandez, currently set for June 26, 2012, be extended by 30 days to July 26, 2012.

The reason for this stipulation is that because of Mr. Hernandez' son's autistic condition. Mr. Hernandez sent a detailed request to the Bureau of Prisons to transfer his designation to a facility closer to Sacramento, that is, from the federal prison camp at Lompoc, CA, to the federal prison camp at Atwater, CA. Although the detailed request was delivered to the Bureau of Prisons by fax, e-mail, and mail, it has recently come to counsel's attention that the Bureau of Prisons, for whatever

1

reason, never received the detailed request.  The request is being re-sent by Federal Express, so that delivery can be confirmed through tracking, and Bureau of Prisons indicates that it will have a decision on the request to transfer within 30 days.

**IT IS SO STIPULATED.**

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: June 22, 2012          By:/s/Michael M. Beckwith
                                              MICHAEL M. BECKWITH
                                              Assistant U.S. Attorney

                                              Attorneys for Plaintiff

DATED: June 22, 2012          By:/s/David J. Cohen
                                              DAVID J. COHEN

                                              Attorneys for Defendant
                                              ALEX HERNANDEZ

**IT IS SO ORDERED.**

DATED: June 22, 2012

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2