DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Alex Hernandez**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JUAN VILLA, JR.,<br>MARICELLA VILLA, and<br>ALEX HERNANDEZ,<br><br>       Defendants. | Case No. CR 07-515-WBS<br><br>**STIPULATION TO CONTINUE SELF-SURRENDER DATE OF MR. HERNANDEZ AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that the surrender date for Alex Hernandez, currently set for August 6, 2012, be extended by 14 days to August 20, 2012.

The reason for this stipulation is that Mr. Hernandez was shot four times on July 21, 2012 and has sustained severe injuries. He was admitted to the ICU at Mercy San Juan Hospital in the early morning of July 22, 2012. Mr. Hernandez has been released from ICU, but is still seriously injured and attempting

STIPULATION TO CONTINUE SELF-
SURRENDER DATE OF MR. HERNANDEZ
AND [PROPOSED] ORDER THEREON
PEOPLE V. HERNANDEZ;
Case No. CR 07-515-WBS          1

to recover.

The parties agree that, under the circumstances, a continuance of the surrender date of August 6, 2012 to August 20, 2012, or a period of 14 days is appropriate. Within that 14 day period, the parties intend to continue to ascertain Mr. Hernandez' prognosis, and when and to where (a Bureau of Prisons hospital facility or a Bureau of Prisons prison camp as is currently contemplated) it would be appropriate for him to surrender.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER
United States Attorney

DATED: August 3, 2012            By: /s/Michael M. Beckwith
                                     MICHAEL M. BECKWITH
                                     Assistant U.S. Attorney

                                     Attorneys for Plaintiff

DATED: August 3, 2012            By: /s/David J. Cohen
                                     DAVID J. COHEN

                                     Attorneys for Defendant
                                     ALEX HERNANDEZ

**IT IS SO ORDERED.**

DATED: August 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SELF-
SURRENDER DATE OF MR. HERNANDEZ
AND [PROPOSED] ORDER THEREON
PEOPLE V. HERNANDEZ;
Case No. CR 07-515-WBS            2