1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **BAY AREA CRIMINAL LAWYERS, PC**
   300 Montgomery Street, Suite 660
3  San Francisco, CA 94104
   Telephone:  (415) 398-3900
4
5  Attorneys for Defendant **Alex Hernandez**

         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-515-03 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE SELF-SURRENDER DATE OF MR. HERNANDEZ AND [PROPOSED] ORDER THEREON** |
| ALEX HERNANDEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the surrender date for Alex Hernandez, currently set for August 31, 2012, be extended to November 5, 2012.

The reason for this stipulation is that Mr. Hernandez was shot four times on July 21, 2012 and has sustained severe injuries. Mr. Hernandez was examined by his doctor today, August 29, 2012.  His doctor has indicated that he needs to convalescence at home for sixty days.

STIPULATION TO CONTINUE SELF-
SURRENDER DATE OF MR. HERNANDEZ
AND [PROPOSED] ORDER THEREON
PEOPLE V. HERNANDEZ;
Case No. CR 07-515-WBS                1

The parties agree that, under the circumstances, a continuance of the surrender date of August 31, 2012 to November 5, 2012 is sufficient. Within that period, the parties intend to continue to ascertain Mr. Hernandez' prognosis, and when and to where (a Bureau of Prisons hospital facility or a Bureau of Prisons prison camp as is currently contemplated) it would be appropriate for him to surrender.

**IT IS SO STIPULATED.**

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: August 30, 2012      By: /s/Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

                                    Attorneys for Plaintiff


DATED: August 30, 2012      By: /s/David J. Cohen
                                    DAVID J. COHEN

                                    Attorneys for Defendant
                                    ALEX HERNANDEZ
```

**IT IS SO ORDERED.**

DATED:    August 31, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SELF-
SURRENDER DATE OF MR. HERNANDEZ
AND [PROPOSED] ORDER THEREON
PEOPLE V. HERNANDEZ;
Case No. CR 07-515-WBS            2