AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00515-WBS   Document 385   Filed 04/28/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALEX HERNANDEZ; | ) | Case No: 2:07CR00515-03 WBS |
| T/N: ALEJANDRO MIGUEL HERNANDEZ | ) | |
| | ) | USM No: 17437-097 |
| Date of Original Judgment: 2/21/2012 | ) | |
| Date of Previous Amended Judgment: | ) | David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **65** months **is reduced to** **57 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated <u>02/22/2012</u> shall remain in effect.

**IT IS SO ORDERED.**

Order Date: April 28, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: 11/1/2015            William B. Shubb, U.S. District Court Judge
*(if different from order date)*                *Printed name and title*