HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALEX HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX HERNANDEZ,<br><br>Defendant. | No. Cr. S 07-515-03 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, ALEX HERNANDEZ by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 21, 2012, this Court sentenced Mr. Hernandez to a term of 65 months imprisonment;

3. His total offense level was 27, his criminal history category was I, and the resulting guideline range was 70 to 87 months;

4.  The sentencing range applicable to Mr. Hernandez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.  Mr. Hernandez's total offense level has been reduced from 27 to 25, his amended guideline range is 57 to 71 months; and,

6.  Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Hernandez's term of imprisonment to 57 months.

7.  In light of the parties' stipulation, the noticed motion filed April 22, 2015, is withdrawn.

Respectfully submitted,

| Dated:  April 23, 2015 | Dated:   April 23, 2015 |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>ALEX HERNANDEZ |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Hernandez is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 57 to 71 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2012 is reduced to a term of 57 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1 | reduction in sentence, and shall serve certified copies of the amended judgment on the United
2 | States Bureau of Prisons and the United States Probation Office.
3 |    Unless otherwise ordered, Mr. Hernandez shall report to the United States Probation
4 | Office within seventy-two hours after his release.
5 |    The noticed motion having been withdrawn, the hearing set for May 11, 2015 is
6 | VACATED.
7 | Dated:  April 28, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE